**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-15763 |
| | ) | |
| Rafal Siudy and Aneta Cimochowska | ) | Chapter 7 |
| | ) | |
| Debtors | ) | Hon. A. Benjamin Goldgar |

**NOTICE OF MOTION**

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on November 30, 2012 at **1:30 p.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in his stead, at **North Branch Court (Round Lake Beach)**, or any other courtroom he may occupy at **1792 Nicole Lane, Round Lake Beach, Illinois, 60073** and shall there present **FINAL APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ILENE F. GOLDSTEIN, TRUSTEE,** a copy of which is attached hereto and is herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

                                                                Ilene F. Goldstein, as Trustee
                                                                for Rafal Siudy and Aneta Cimochowska


                                                    By:   /s/ Ilene F. Goldstein
                                                            One of Her Attorneys


Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
850 Central Avenue, Suite 200
Highland Park, IL 60035
(847) 926-9595

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| SIUDY, RAFAL | ) | |
| CIMOCHOWSKA, ANETA | ) | CASE NO. 10-15763 ABG |
| | ) | |
| | ) | JUDGE A. Benjamin Goldgar |
| Debtor(s) | ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:     HONORABLE A. Benjamin Goldgar
         BANKRUPTCY JUDGE

NOW COMES ILENE F. GOLDSTEIN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,869.28 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $21,192.82. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $ 1,619.28 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 maximum) |
| 3% of balance | $ 0.00 | |
| | | |
| TOTAL COMPENSATION | $ 2,869.28 | |

II. TRUSTEE'S EXPENSES

TOTAL EXPENSES $   0.00

    The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 25 day of October , 20 12

Dated: October 25, 2012        /s/ Ilene F. Goldstein
                                              ILENE F. GOLDSTEIN, Trustee
                                              Law Offices
                                              850 Central Avenue
                                              Suite 200
                                              Highland Park, IL 60035

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED Fees | 5,178.00 | 0.00 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED Expenses | 186.26 | 0.00 | |
| | | | 5,364.26 |
| **Accountant for Trustee** | | | |
| Jodi E. Gimbel, P.C. Fees | 0.00 | 0.00 | |
| Jodi E. Gimbel, P.C. Expenses | 0.00 | 0.00 | |
| | | | 0.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 5,364.26 | $ 0.00 | $ 5,364.26 |