UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:   SIUDY, RAFAL                §    Case No. 10-15763
         CIMOCHOWSKA, ANETA          §
                                     §
Debtor(s)                            §

# NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at on **11/30/2012 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 10/26/2012     By:    /s/ Ilene F. Goldstein
                                                   Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL 60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: SIUDY, RAFAL<br>CIMOCHOWSKA, ANETA<br><br>Debtor(s) § § § § | Case No. 10-15763 |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 21,192.82 |
| *and approved disbursements of* | $ 6,480.45 |
| *leaving a balance on hand of* [1] | $ 14,712.37 |
| **Balance on hand:** | $ 14,712.37 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,712.37 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 2,869.28 | 0.00 | 2,869.28 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 9,465.00 | 5,178.00 | 4,287.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 321.12 | 186.26 | 134.86 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 1,170.00 | 0.00 | 1,170.00 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 80.00 | 0.00 | 80.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,541.14 |
| Remaining balance: | $ 6,171.23 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative fees and charges have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,171.23

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,171.23

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 123,187.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 4,578.17 | 0.00 | 229.35 |
| 2 | Discover Bank | 5,514.33 | 0.00 | 276.24 |
| 3 | Fifth Third Bank | 6,519.46 | 0.00 | 326.60 |
| 4 | FHC | 3,628.60 | 0.00 | 181.78 |
| 5 | Chase Bank USA, N.A. | 12,052.39 | 0.00 | 603.77 |
| 6 | Chase Bank USA, N.A. | 1,357.82 | 0.00 | 68.02 |
| 7 | Chase Bank USA, N.A. | 3,160.32 | 0.00 | 158.32 |
| 8 | Chase Bank USA, N.A. | 3,171.51 | 0.00 | 158.88 |
| 9 | Chase Bank USA, N.A. | 2,826.12 | 0.00 | 141.58 |
| 10 | Chase Bank USA, N.A. | 14,970.05 | 0.00 | 749.94 |
| 11 | Chase Bank USA, N.A. | 9,708.96 | 0.00 | 486.38 |
| 12 | Chase Bank USA, N.A. | 2,801.62 | 0.00 | 140.35 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 13 | Chase Bank USA, N.A. | | 0.00 | |
| 14 | Chase Bank USA, N.A. | 2,623.89 | 0.00 | 131.45 |
| 15 | Advanta Bank Corp | 5,049.46 | 0.00 | 252.96 |
| 16 | Chase Bank USA,N.A. | 686.76 | 0.00 | 34.40 |
| 17 | Chase Bank USA,N.A | 1,378.37 | 0.00 | 69.05 |
| 18 | American Express Bank, FSB | 880.50 | 0.00 | 44.11 |
| 19 | American Express Bank, FSB | 5,534.95 | 0.00 | 277.28 |
| 20 | First National Bank of Omaha | 1,139.36 | 0.00 | 57.08 |
| 21 | GE Money Bank | 193.42 | 0.00 | 9.69 |
| 22 | GE Money Bank | 4,602.42 | 0.00 | 230.56 |
| 23 | GE Money Bank | 928.23 | 0.00 | 46.50 |
| 24 | American Infosource Lp As Agent for | 4,264.16 | 0.00 | 213.62 |
| 25 | American Infosource Lp As Agent for | 271.42 | 0.00 | 13.60 |
| 26 | Citibank South Dakota NA | 5,065.41 | 0.00 | 253.76 |
| 27 | Citibank South Dakota NA | 3,210.24 | 0.00 | 160.82 |
| 28 | PYOD LLC its successors and assigns as assignee of | 3,976.32 | 0.00 | 199.20 |
| 29 | PYOD LLC its successors and assigns as assignee of | 2,710.01 | 0.00 | 135.76 |
| 30 | PYOD LLC its successors and assigns as assignee of | 5,760.20 | 0.00 | 288.56 |
| 31 | Capital Recovery III LLC | 3,317.38 | 0.00 | 166.19 |
| 32 | American General Finance | 719.31 | 0.00 | 36.03 |

Total to be paid for timely general unsecured claims: $ 6,171.23
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL 60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                             Case No. 10-15763-ABG
Rafal Siudy                                                        Chapter 7
Aneta Cimochowska
       Debtors
                                CERTIFICATE OF NOTICE
District/off: 0752-1            User: tmaurer              Page 1 of 4              Date Rcvd: Nov 13, 2012
                                Form ID: pdf006            Total Noticed: 75


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2012.
db           #+Rafal Siudy,    1282 Banbury Dr,    Mundelein, IL 60060-1127
jdb          #+Aneta Cimochowska,    1282 Banbury Dr,,    Mundelein, IL 60060-1127
15394223      +A.G. Adjustments, Ltd,    PO Box 9090,    Melville, NY 11747-9090
15708109      +Advanta Bank Corp,    in receivership of FDIC,    c/o Becket and Lee,    Po Box 3001,
                Malvern, PA 19355-0701
15394225       American Express,    Suite 0001,    Chicago, IL 60679-0001
15810025       American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
15394227       Amex,    Po Box 33229,    Ft. Lauderdale, FL 33229
15394228      +Bank Of America,    Po Box 15311,    Wilmington, DE 19850-5311
15394229      +Bank of America Home Loans,    450 American St,    Simi Valley, CA 93065-6285
15744322      +Blitt & Gaines,    661 W Glenn Ave,    Wheeling, IL 60090-6017
15394231     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
15394232      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15705741       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15770513      +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                Dallas, TX 75374-0933
15394233      +Chase-Tj Maxx,    Po Box 15298,    Wilmington, DE 19850-5298
15744323      +Chicago Furnace Supply Co,    4929 Lincoln Ave,    Lisle, IL 60532-2156
15394234      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15394235      +Citi Business Card,    PO Box 688901,    Des Moines, IA 50368-8901
15394236      +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
15965015      +Citibank South Dakota NA,    DBA,    4740 121st St,    Urbandale, IA 50323-2402
15972946      +Citibank South Dakota NA,    Payment Center,    4740 121st St,    Urbandale, IA 50323-2402
15394237      +Citibank na,    Po Box 769006,    San Antonio, TX 78245-9006
17620580      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
15394238       Collectcorp,    PO Box 4947A,    Birmingham, AL 35210
15744324      +Creditors Financial Group LLC,    3131 S Vaughn Way Ste 110,    Aurora, Co 80014-3501
15394241      +Encore,    400 N Rogers Rd,    PO Box 3330,    Olathe, KS 66063-3330
15394242      +FHC,    3509 W. Addison,    Chicago, IL 60618-4202
15394243      +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
15692700      +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
15849612      +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha, NE 68197-0002
15394244      +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
15394245       Fredrick Hanna & Assoc.,    P.O. Box 72432,    Atlanta, GA 31139
15394250      +Goodman Law Group,    700 Commerce Drive #500,    Oak Brook, IL 60523-8736
15744325       Grange Insurance,    P O Box 740604,    Cincinnati, OH 45274-0604
15394251      +Haller Harlan & Taylor LLC,    5085 W Park Blvd Ste 150,    Plano, TX 75093-2009
15394252      +Harris,    PO Box 94033,    Palatine, IL 60094-4033
15394253      +Harris Bank, NA,    3800 Golf Rd #300,    PO Box 5038,    Rolling Meadows, IL 60008-5038
15394254     #+Home Depot Credit Services,    PO Box 6925,    The Lakes, NV 88901-6925
15394255     #+Home depot Credit Svcs,    P.O. Box 6925,    The Lakes, NV 88901-6925
15394256      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
15394257      +Hsbc/Carsons,    Po Box 15521,    Wilmington, DE 19850-5521
15394258      +Hsbc/Menards,    90 Christiana Rd,    New Castle, DE 19720-3118
15744326      +JP Morgan Chase Bank NA,    131 S Dearborn St Fl 5,    Chicago, IL 60603-5571
15744327      +Loyola University,    2160 S First Ave,    Maywood, IL 60153-5500
15394261      +Malcolm S. Gerald & Assoc.,    332 S. Michigan Ave.,    Chicago, IL 60604-4318
15744328     #+Nationwide Credit & Collection,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
15394263      +Park Supply,    3509 West Addison Street,    Chicago, IL 60618-4202
15744329      +Pentagroup Financial LLC,    5959 Corporate Drive Ste 1400,    Houston, TX 77036-2311
15394265      +Phillips & Cohen Associates Ltd,    PO Box 48458,    Detroit, MI 48237-6058
15394266      +Pierce & Assocates,    1 N Dearborn #1300,    Chicago, IL 60602-4373
15744330      +Roma, Kirshbaum & Schmidt Inc,    4600 North Hwy 6 Suite 101,    Houston, TX 77084-2864
15394267      +T Mobile,    Po Box 74596,    Cincinnati, OH 45274-0001
15394268      +The Home Depot/Citibank sd,    Po Box 6497,    Sioux Falls, SD 57117-6497
15744331      +Western & Southern Life,    4610 W Diversy Ave,    Chicago, IL 60639-1829
15394270      +Wfnnb/Room Place,    Po Box 2974,    Shawnee Mission, KS 66201-1374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15394224       E-mail/Text: bkr@cardworks.com Nov 14 2012 05:25:20     Advanta Bank Corp,    Po Box 844,
                Spring House, PA 19477
15916458       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2012 05:45:31
                American Infosource Lp As Agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK 73124-8848
15870015       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2012 05:50:08
                American Infosource Lp As Agent for,    World Financial Network National Bank As,
                Harlem Furniture,    PO Box 248872,    Oklahoma City, OK 73124-8872
15394230      +E-mail/Text: cms-bk@cms-collect.com Nov 14 2012 06:01:20     Capital Management Services LP,
                726 Exchange Street Suite 700,    Buffalo, NY 14210-1464
16014562       E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2012 05:19:22     Capital Recovery III LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0752-1          User: tmaurer              Page 2 of 4            Date Rcvd: Nov 13, 2012
                              Form ID: pdf006            Total Noticed: 75

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15394240      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 14 2012 04:46:47
               Discover Financial Services Llc,    Po Box 15316,    Wilmington, DE 19850
15636127      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 14 2012 04:46:47      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
15869676      E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2012 05:14:34       GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15394246     +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2012 04:47:55      Gemb Pay Pal,   Po Box 981064,
               El Paso, TX 79998-1064
15394247     +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2012 04:47:54      Gemb/Gap,   Po Box 981400,
               El Paso, TX 79998-1400
15394248      E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2012 04:46:15      Gemb/Lowes,   Po Box 103065,
               Roswell, GA 30076
15394249     +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2012 04:45:21      Gemb/Sams Club,   Po Box 981400,
               El Paso, TX 79998-1400
15394259     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 14 2012 04:30:41      Kohls/Chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
15394262     +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 14 2012 07:04:17      NCO Financial Systems,
               PO Box 15773,    Wilmington, DE 19850-5773
15979146      E-mail/Text: resurgentbknotifications@resurgent.com Nov 14 2012 04:27:04
               PYOD LLC its successors and assigns as assignee of,    Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
16009657     +E-mail/Text: resurgentbknotifications@resurgent.com Nov 14 2012 04:27:05
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15394264     +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2012 04:50:17      Paypal Buyer Credit,
               PO Box 960080,    Orlando, FL 32896-0080
16019714      E-mail/PDF: cbp@slfs.com Nov 14 2012 05:45:09       American General Finance,   PO Box 3251,
               Evansville, IN  47731
15394226      E-mail/PDF: cbp@slfs.com Nov 14 2012 05:47:53       American General Finan,   600 N Royal Ave,
               Evansville, IN 47715
15394269     +E-mail/Text: bnc@ursi.com Nov 14 2012 05:33:43      United Recovery Systems,   PO Box 722910,
               Houston, TX 77272-2910
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15811353*     American Express Bank, FSB,    POB 3001,   Malvern, PA 19355-0701
15770844*    +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
15394239    ##Creditors Interchange,    P. O. Box 1335,   Buffalo, NY 14240-1335
15394260   ##+LDG Financial Services,    PO box 924073,   Norcross, GA 30010-4073
                                                                                      TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: tmaurer              Page 3 of 4              Date Rcvd: Nov 13, 2012
                              Form ID: pdf006            Total Noticed: 75
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2012**                        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: tmaurer              Page 4 of 4                  Date Rcvd: Nov 13, 2012
                              Form ID: pdf006            Total Noticed: 75
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2012 at the address(es) listed below:

              Ilene F Goldstein    on behalf of Trustee Ilene Goldstein ifgolds@aol.com,   IL35@ecfcbis.com
              Ilene F Goldstein    ifgcourt@aol.com,   IL35@ecfcbis.com
              Lydia Y Siu    on behalf of Creditor   BAC Home Loans Servicing, L.P. fka Countrywide Home Loans
               Servicing LP lsiu@atty-pierce.com,   northerndistrict@atty-pierce.com
              Michael J Worwag    on behalf of Debtor Rafal Siudy mjworwag@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5