# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: SIUDY, RAFAL § Case No. 10-15763
   CIMOCHOWSKA, ANETA §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $216,100.00    Assets Exempt: $45,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,171.23  Claims Discharged
                Without Payment: $117,016.73

Total Expenses of Administration: $15,021.59

---

  3) Total gross receipts of $ 21,192.82 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $21,192.82
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,021.59 | 15,021.59 | 15,021.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 123,187.96 | 123,187.96 | 6,171.23 |
| **TOTAL DISBURSEMENTS** | $0.00 | $138,209.55 | $138,209.55 | $21,192.82 |

4) This case was originally filed under Chapter 7 on April 09, 2010. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/13/2013          By: /s/ILENE F. GOLDSTEIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Disbursment from Harris business account Moto GP | 1129-000 | 21,187.79 |
| Interest Income | 1270-000 | 5.03 |
| **TOTAL GROSS RECEIPTS** | | **$21,192.82** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 2,869.28 | 2,869.28 | 2,869.28 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 9,465.00 | 9,465.00 | 9,465.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 321.12 | 321.12 | 321.12 |
| Jodi E. Gimbel,P.C. | 3410-000 | N/A | 1,170.00 | 1,170.00 | 1,170.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | | | |
|---|---|---|---|---|---|
| Jodi E. Gimbel, P.C. | 3420-000 | N/A | 80.00 | 80.00 | 80.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 15.78 | 15.78 | 15.78 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 321.00 | 321.00 | 321.00 |
| Department of the Treasury | 2810-000 | N/A | 338.00 | 338.00 | 338.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.08 | 31.08 | 31.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.99 | 29.99 | 29.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.02 | 33.02 | 33.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.89 | 30.89 | 30.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.79 | 32.79 | 32.79 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 14.21 | 14.21 | 14.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.65 | 29.65 | 29.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.58 | 30.58 | 30.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.50 | 29.50 | 29.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.51 | 33.51 | 33.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.38 | 29.38 | 29.38 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.35 | 32.35 | 32.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.27 | 31.27 | 31.27 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.19 | 28.19 | 28.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,021.59 | $15,021.59 | $15,021.59 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 4,578.17 | 4,578.17 | 229.35 |
| 2 | Discover Bank | 7100-000 | N/A | 5,514.33 | 5,514.33 | 276.24 |
| 3 | Fifth Third Bank | 7100-000 | N/A | 6,519.46 | 6,519.46 | 326.60 |
| 4 | FHC | 7100-000 | N/A | 3,628.60 | 3,628.60 | 181.78 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 12,052.39 | 12,052.39 | 603.77 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,357.82 | 1,357.82 | 68.02 |
| 7 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,160.32 | 3,160.32 | 158.32 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,171.51 | 3,171.51 | 158.88 |
| 9 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,826.12 | 2,826.12 | 141.58 |
| 10 | Chase Bank USA, N.A. | 7100-000 | N/A | 14,970.05 | 14,970.05 | 749.94 |
| 11 | Chase Bank USA, N.A. | 7100-000 | N/A | 9,708.96 | 9,708.96 | 486.38 |
| 12 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,801.62 | 2,801.62 | 140.35 |
| 13 | Chase Bank USA, N.A. | 7100-000 | N/A | 586.80 | 586.80 | 29.40 |
| 14 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,623.89 | 2,623.89 | 131.45 |
| 15 | Advanta Bank Corp | 7100-000 | N/A | 5,049.46 | 5,049.46 | 252.96 |
| 16 | Chase Bank USA,N.A. | 7100-000 | N/A | 686.76 | 686.76 | 34.40 |
| 17 | Chase Bank USA,N.A | 7100-000 | N/A | 1,378.37 | 1,378.37 | 69.05 |
| 18 | American Express Bank, FSB | 7100-000 | N/A | 880.50 | 880.50 | 44.11 |
| 19 | American Express Bank, FSB | 7100-000 | N/A | 5,534.95 | 5,534.95 | 277.28 |
| 20 | First National Bank of Omaha | 7100-000 | N/A | 1,139.36 | 1,139.36 | 57.08 |
| 21 | GE Money Bank | 7100-000 | N/A | 193.42 | 193.42 | 9.69 |
| 22 | GE Money Bank | 7100-000 | N/A | 4,602.42 | 4,602.42 | 230.56 |
| 23 | GE Money Bank | 7100-000 | N/A | 928.23 | 928.23 | 46.50 |
| 24 | American Infosource Lp As Agent for | 7100-000 | N/A | 4,264.16 | 4,264.16 | 213.62 |
| 25 | American Infosource Lp As Agent for | 7100-000 | N/A | 271.42 | 271.42 | 13.60 |
| 26 | Citibank South Dakota NA | 7100-000 | N/A | 5,065.41 | 5,065.41 | 253.76 |
| 27 | Citibank South Dakota NA | 7100-000 | N/A | 3,210.24 | 3,210.24 | 160.82 |
| 28 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 3,976.32 | 3,976.32 | 199.20 |
| 29 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,710.01 | 2,710.01 | 135.76 |
| 30 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 5,760.20 | 5,760.20 | 288.56 |

**UST Form 101-7-TDR (10/1/2010)**

| 31 | Capital Recovery III LLC | 7100-000 | N/A | 3,317.38 | 3,317.38 | 166.19 |
| 32 | American General Finance | 7100-000 | N/A | 719.31 | 719.31 | 36.03 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $123,187.96 | $123,187.96 | $6,171.23 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-15763  
**Case Name:** SIUDY, RAFAL  
CIMOCHOWSKA, ANETA  
**Period Ending:** 03/13/13

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 04/09/10 (f)  
**§341(a) Meeting Date:** 05/21/10  
**Claims Bar Date:** 08/24/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate Located at 1282 Banbury Dr, Mundelei<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | Personal Checking account with TCF Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 3 | Business checking accont with TCF Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 4 | Bsuiness checking account with Harris Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 5 | Miscellaneous Household Goods and Used Furniture<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | Used books, compact discs family pictures<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Whole Life Insurance Policy<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | 100% Climate Maker HVAC, Inc. (assumed name: MOT<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Disbursment from Harris business account Moto GP<br>    Orig. Asset Memo: Imported from Amended Doc#: 18; Original asset description: 4/2006<br>Second Mortgage<br>Real Estate Located at 1282 Banbury Dr,<br>Mundelein IL 60060- Surrender<br>Value $ | 21,000.00 | 21,000.00 | | 21,187.79 | FA |
| 10 | 2001 GMC Sierra Pickup truck<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-15763  
**Case Name:** SIUDY, RAFAL  
CIMOCHOWSKA, ANETA  
**Period Ending:** 03/13/13

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 04/09/10 (f)  
**§341(a) Meeting Date:** 05/21/10  
**Claims Bar Date:** 08/24/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | 1998 Honda VFR Motorcycle<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 12 | 2006 Suzuki 500 ATV<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 200.00 | | 0.00 | FA |
| 13 | Work Tools<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 1,000.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.03 | FA |
| 14 | Assets Totals (Excluding unknown values) | $237,100.00 | $22,900.00 | | $21,192.82 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS: The Trustee filed her Final Report and the Final Hearing on compensation was held on November 30, 2012. The Trustee is waiting for a zero bank balance and will file her Final Account.

The Trustee expects this case to be closed by April 30, 2013.

**Initial Projected Date Of Final Report (TFR):** December 31, 2011     **Current Projected Date Of Final Report (TFR):** November 9, 2012 (Actual)

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-15763  
**Case Name:** SIUDY, RAFAL  
CIMOCHOWSKA, ANETA  
**Taxpayer ID #:** **-***9182  
**Period Ending:** 03/13/13

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******20-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/10 | {9} | Harris Rafal Siudy | collection of accounts | 1129-000 | 21,187.79 | | 21,187.79 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.28 | | 21,188.07 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.26 | | 21,189.33 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.25 | | 21,190.58 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,190.75 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,190.92 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,191.09 |
| 12/17/10 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 5,178.00 | 16,013.09 |
| 12/17/10 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3120-000 | | 186.26 | 15,826.83 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 15,826.99 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 15,827.12 |
| 02/04/11 | 1003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #10-15763, Bond Premium<br>Voided on 02/04/11 | 2300-000 | | ! 41.71 | 15,785.41 |
| 02/04/11 | 1003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #10-15763, Bond Premium<br>Voided: check issued on 02/04/11 | 2300-000 | | ! -41.71 | 15,827.12 |
| 02/04/11 | 1004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #10-15763, Bond Premiums | 2300-000 | | 15.78 | 15,811.34 |
| 02/22/11 | 1005 | ILLINOIS DEPARTMENT OF REVENUE | Bankruptcy Estate Income Tax | 2820-000 | | 321.00 | 15,490.34 |
| 02/22/11 | 1006 | Department of the Treasury | Bankruptcy Estate Income Tax | 2810-000 | | 338.00 | 15,152.34 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,152.46 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,152.58 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,152.70 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,152.82 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,152.94 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,153.06 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,153.18 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.29 | 15,117.89 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -10.29 | 15,128.18 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,128.30 |

Subtotals:   $21,192.34   $6,064.04

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 03/13/2013 02:12 PM   V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-15763 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | SIUDY, RAFAL | | Bank Name: | The Bank of New York Mellon |
| | CIMOCHOWSKA, ANETA | | Account: | 9200-******20-65 - Checking Account |
| Taxpayer ID #: | **-***9182 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/13/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.08 | 15,097.22 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,097.34 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.99 | 15,067.35 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,067.47 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.02 | 15,034.45 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,034.57 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.89 | 15,003.68 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,003.80 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.79 | 14,971.01 |
| 02/15/12 | 1007 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #10-15763, 2012-2013 Bond Premium | 2300-000 | | 14.21 | 14,956.80 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.65 | 14,927.15 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.58 | 14,896.57 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.50 | 14,867.07 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.51 | 14,833.56 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.38 | 14,804.18 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.35 | 14,771.83 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.27 | 14,740.56 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.19 | 14,712.37 |
| 11/30/12 | 1008 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $9,465.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,287.00 | 10,425.37 |
| 11/30/12 | 1009 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $321.12, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 134.86 | 10,290.51 |
| 11/30/12 | 1010 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $2,869.28, Trustee Compensation;  Reference: | 2100-000 | | 2,869.28 | 7,421.23 |
| 11/30/12 | 1011 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $1,170.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,170.00 | 6,251.23 |
| 11/30/12 | 1012 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $80.00, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 80.00 | 6,171.23 |
| 11/30/12 | 1013 | Discover Bank | Dividend paid  5.00% on $4,578.17; Claim# 1; Filed: $4,578.17; Reference: | 7100-000 | | 229.35 | 5,941.88 |
| 11/30/12 | 1014 | Discover Bank | Dividend paid  5.00% on $5,514.33; Claim# 2; Filed: $5,514.33; Reference: | 7100-000 | | 276.24 | 5,665.64 |
| 11/30/12 | 1015 | Fifth Third Bank | Dividend paid  5.00% on $6,519.46; Claim# 3; Filed: $6,519.46; Reference: | 7100-000 | | 326.60 | 5,339.04 |

Subtotals :    $0.48    $9,789.74

{} Asset reference(s)

Printed: 03/13/2013 02:12 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-15763 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | SIUDY, RAFAL | | Bank Name: | The Bank of New York Mellon |
| | CIMOCHOWSKA, ANETA | | Account: | 9200-******20-65 - Checking Account |
| Taxpayer ID #: | **-***9182 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/13/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/30/12 | 1016 | FHC | Dividend paid 5.00% on $3,628.60; Claim# 4; Filed: $3,628.60; Reference: | 7100-000 | | 181.78 | 5,157.26 |
| 11/30/12 | 1017 | Chase Bank USA, N.A. | Dividend paid 5.00% on $12,052.39; Claim# 5; Filed: $12,052.39; Reference: | 7100-000 | | 603.77 | 4,553.49 |
| 11/30/12 | 1018 | Chase Bank USA, N.A. | Dividend paid 5.00% on $1,357.82; Claim# 6; Filed: $1,357.82; Reference: | 7100-000 | | 68.02 | 4,485.47 |
| 11/30/12 | 1019 | Chase Bank USA, N.A. | Dividend paid 5.00% on $3,160.32; Claim# 7; Filed: $3,160.32; Reference: | 7100-000 | | 158.32 | 4,327.15 |
| 11/30/12 | 1020 | Chase Bank USA, N.A. | Dividend paid 5.00% on $3,171.51; Claim# 8; Filed: $3,171.51; Reference: | 7100-000 | | 158.88 | 4,168.27 |
| 11/30/12 | 1021 | Chase Bank USA, N.A. | Dividend paid 5.00% on $2,826.12; Claim# 9; Filed: $2,826.12; Reference: | 7100-000 | | 141.58 | 4,026.69 |
| 11/30/12 | 1022 | Chase Bank USA, N.A. | Dividend paid 5.00% on $14,970.05; Claim# 10; Filed: $14,970.05; Reference: | 7100-000 | | 749.94 | 3,276.75 |
| 11/30/12 | 1023 | Chase Bank USA, N.A. | Dividend paid 5.00% on $9,708.96; Claim# 11; Filed: $9,708.96; Reference: | 7100-000 | | 486.38 | 2,790.37 |
| 11/30/12 | 1024 | Chase Bank USA, N.A. | Dividend paid 5.00% on $2,801.62; Claim# 12; Filed: $2,801.62; Reference: | 7100-000 | | 140.35 | 2,650.02 |
| 11/30/12 | 1025 | Chase Bank USA, N.A. | Dividend paid 5.00% on $586.80; Claim# 13; Filed: $586.80; Reference: | 7100-000 | | 29.40 | 2,620.62 |
| 11/30/12 | 1026 | Chase Bank USA, N.A. | Dividend paid 5.00% on $2,623.89; Claim# 14; Filed: $2,623.89; Reference: | 7100-000 | | 131.45 | 2,489.17 |
| 11/30/12 | 1027 | Advanta Bank Corp | Dividend paid 5.00% on $5,049.46; Claim# 15; Filed: $5,049.46; Reference: | 7100-000 | | 252.96 | 2,236.21 |
| 11/30/12 | 1028 | Chase Bank USA,N.A. | Dividend paid 5.00% on $686.76; Claim# 16; Filed: $686.76; Reference: | 7100-000 | | 34.40 | 2,201.81 |
| 11/30/12 | 1029 | Chase Bank USA,N.A | Dividend paid 5.00% on $1,378.37; Claim# 17; Filed: $1,378.37; Reference: | 7100-000 | | 69.05 | 2,132.76 |
| 11/30/12 | 1030 | American Express Bank, FSB | Dividend paid 5.00% on $880.50; Claim# 18; Filed: $880.50; Reference: | 7100-000 | | 44.11 | 2,088.65 |
| 11/30/12 | 1031 | American Express Bank, FSB | Dividend paid 5.00% on $5,534.95; Claim# 19; Filed: $5,534.95; Reference: | 7100-000 | | 277.28 | 1,811.37 |
| 11/30/12 | 1032 | First National Bank of Omaha | Dividend paid 5.00% on $1,139.36; Claim# 20; Filed: $1,139.36; Reference: | 7100-000 | | 57.08 | 1,754.29 |
| 11/30/12 | 1033 | GE Money Bank | Dividend paid 5.00% on $193.42; Claim# 21; Filed: $193.42; Reference: | 7100-000 | | 9.69 | 1,744.60 |
| 11/30/12 | 1034 | GE Money Bank | Dividend paid 5.00% on $4,602.42; Claim# 22; Filed: $4,602.42; Reference: | 7100-000 | | 230.56 | 1,514.04 |
| 11/30/12 | 1035 | GE Money Bank | Dividend paid 5.00% on $928.23; Claim# 23; | 7100-000 | | 46.50 | 1,467.54 |
| | | | Subtotals : | | $0.00 | $3,871.50 | |

{} Asset reference(s)

Printed: 03/13/2013 02:12 PM    V.13.13

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 10-15763 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | SIUDY, RAFAL | | Bank Name: | The Bank of New York Mellon |
| | CIMOCHOWSKA, ANETA | | Account: | 9200-******20-65 - Checking Account |
| Taxpayer ID #: | **-***9182 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/13/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $928.23; Reference: | | | | |
| 11/30/12 | 1036 | American Infosource Lp As Agent for | Dividend paid  5.00% on $4,264.16; Claim# 24; Filed: $4,264.16; Reference: | 7100-000 | | 213.62 | 1,253.92 |
| 11/30/12 | 1037 | American Infosource Lp As Agent for | Dividend paid  5.00% on $271.42; Claim# 25; Filed: $271.42; Reference: | 7100-000 | | 13.60 | 1,240.32 |
| 11/30/12 | 1038 | Citibank South Dakota NA | Dividend paid  5.00% on $5,065.41; Claim# 26; Filed: $5,065.41; Reference: | 7100-000 | | 253.76 | 986.56 |
| 11/30/12 | 1039 | Citibank South Dakota NA | Dividend paid  5.00% on $3,210.24; Claim# 27; Filed: $3,210.24; Reference: | 7100-000 | | 160.82 | 825.74 |
| 11/30/12 | 1040 | PYOD LLC its successors and assigns as assignee of | Dividend paid  5.00% on $3,976.32; Claim# 28; Filed: $3,976.32; Reference: | 7100-000 | | 199.20 | 626.54 |
| 11/30/12 | 1041 | PYOD LLC its successors and assigns as assignee of | Dividend paid  5.00% on $2,710.01; Claim# 29; Filed: $2,710.01; Reference: | 7100-000 | | 135.76 | 490.78 |
| 11/30/12 | 1042 | PYOD LLC its successors and assigns as assignee of | Dividend paid  5.00% on $5,760.20; Claim# 30; Filed: $5,760.20; Reference: | 7100-000 | | 288.56 | 202.22 |
| 11/30/12 | 1043 | Capital Recovery III LLC | Dividend paid  5.00% on $3,317.38; Claim# 31; Filed: $3,317.38; Reference: | 7100-000 | | 166.19 | 36.03 |
| 11/30/12 | 1044 | American General Finance | Dividend paid  5.00% on $719.31; Claim# 32; Filed: $719.31; Reference: | 7100-000 | | 36.03 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 21,192.82 | 21,192.82 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 21,192.82 | 21,192.82 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $21,192.82 | $21,192.82 | |

{} Asset reference(s)

Printed: 03/13/2013 02:12 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 10-15763 | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** SIUDY, RAFAL | **Bank Name:** Rabobank, N.A. |
| CIMOCHOWSKA, ANETA | **Account:** ****701065 - Checking Account |
| **Taxpayer ID #:** **-***9182 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 03/13/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts :        21,192.82

Net Estate :        $21,192.82

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******20-65** | 21,192.82 | 21,192.82 | 0.00 |
| **Checking # ****701065** | 0.00 | 0.00 | 0.00 |
| | **$21,192.82** | **$21,192.82** | **$0.00** |